DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ACTUAL POSITIVE RESULTS, INC.,** a Florida corporation, and **ROGER HUGHES,**
Appellants,

v.

**BANKUNITED, FSB,**
Appellee.

No. 4D15-241

[March 9, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lynn Rosenthal, Judge; L.T. Case No. 062009CA031632.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Michael Farrar, Doral, for appellee.

PER CURIAM.

Appellants Actual Positive Results and Roger Hughes appeal the entry of a final judgment of foreclosure in favor of Appellee BankUnited, FSB. While we affirm the trial court's rulings on all issues raised by Appellants, we remand this case to the trial court with instructions to correct the name of the plaintiff in the Final Judgment. Specifically, the trial court granted the original plaintiff's motion to substitute One Palm Capital, LLC, as the plaintiff in this case. The Final Judgment, however, still specifies BankUnited, FSB, the original plaintiff, as the prevailing party. This error should be remedied.

*Affirmed and remanded.*

STEVENSON, MAY, and FORST, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***